FILED
United States Court of Appeals
Tenth Circuit

October 16, 2008

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

HAKIM ABID; ALLISON ABID,

Plaintiff - Appellees,

v.

QFA ROYALTIES LLC,

Defendant - Appellant.

No. 07-1235
(D. Ct. No. 06-cv-02528-JLK-BNB)
(D. Colo.)

**ORDER**

Before **TACHA**, **HARTZ**, and **DeGIUSTI**,[*] Circuit Judges.

This matter is before the court on the defendant-appellant's motion to dismiss its

appeal regarding the preliminary injunction entered by the district court. This court

agrees with the defendant that the appeal is now moot. Therefore, the appeal is

DISMISSED, and this matter is REMANDED to the district court for determination of

---

[*]Honorable Timothy D. DeGiusti, District Judge for the Western District of
Oklahoma, sitting by designation.

whether the injunction should be vacated.  A copy of this order shall stand as the mandate of this court.

ENTERED FOR THE COURT,


Deanell Reece Tacha
Circuit Judge